IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY L. SHEHORN**                                                              **PLAINTIFF**

**v.**                                                                   **CAUSE NO. 1:22-cv-296-LG-BWR**

**WAL-MART STORES EAST, LP**
                                                                                     **DEFENDANT**

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 31st day of August, 2023.

                                                        s/ *Louis Guirola, Jr.*
                                                        Louis Guirola, Jr.
                                                        United States District Judge